Kathleen A. Zugsay #325196
MALONE FROST MARTIN PLLC
8750 N. Central Expressway
Suite 1850
Dallas, TX 75231
Phone: (214) 683-8529
Fax: (214) 346-2631

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK SHIELDS,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P.,<br><br>Defendant. | No. '20CV1588 H   DEB<br><br>**NOTICE OF REMOVAL** |

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant SOUTHWEST CREDIT SYSTEMS. L.P. and files its *Notice of Removal* as follows:

1.  Plaintiff DEREK SHIELDS filed his state court Complaint on July 6, 2020 in the Superior Court of the State of California for the County of San Diego located at 1100 Union St, San Diego, CA 92101.

2.  This is a civil action based on Plaintiff's contention that the Defendant violated the Fair Debt Collection Practices Act.

3.  Removal is proper because this case involves a federal question—an alleged violation of the Fair Debt Collection Practices Act. This entire suit is removable under 28 U.S.C. § 1441(a).

4.  Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

1

1      5.     Removal is timely pursuant to 28 U.S.C. § 1441(b) because Defendant has filed its Notice of Removal within 30 days of service of Plaintiff's state court Complaint.

    6.     Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

    7.     A copy of this *Notice of Removal* has been sent to Plaintiff and will be filed with the clerk of the Superior Court of the State of California for the County of San Diego.

    8.     Plaintiff requested a jury trial in the state court matter.

WHEREFORE, Defendant respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

Dated: August 17, 2020.          Respectfully submitted,

*/s/ Kathleen A. Zugsay*
KATHLEEN A. ZUGSAY
State Bar No. 325196
Email: kzugsay@mamlaw.com
**Malone Frost Martin PLLC**
NorthPark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
P: (214) 346-2630 | F: (214) 346-2631

*Counsel for Defendant*
*Southwest Credit Systems. L.P.*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded to the following parties via CM/ECF on this 17th day of August 2020 to all counsel of record.

*/s/ Tara Stevenson*
TARA STEVENSON